ATTACHMENT A

**Description of Devices to be Searched**

This warrant applies to **Subject Device 1 and Subject Device 2**, listed below, which were seized by law enforcement on July 23rd, 2025, and are currently secured by the Kalamazoo Department of Public Safety in the City of Kalamazoo, County of Kalamazoo, State of Michigan:

a. **Subject Device 1:** a black iPhone, touchscreen style phone in a black hard case, located in Bernard Murff's possession during an operation to locate him and execute a search warrant at his residence. This phone is currently held at the Kalamazoo Department of Public Safety in Kalamazoo, Michigan, in the Western District of Michigan.

b. **Subject Device 2:** a gray and black Vortex, touchscreen style phone without a case, located in Bernard Murff's possession during an operation to locate him and execute a search warrant at his residence. This phone is currently held at the Kalamazoo Department of Public Safety in Kalamazoo, Michigan, in the Western District of Michigan.

The warrant authorizes the forensic examination of **Subject Device 1 and Subject Device 2** for the purpose of identifying electronically stored information as described in Attachment B.