ATTACHMENT B

**Information and Evidence to be Seized**

Based on the foregoing it appears that there is probable cause to seize all information that constitutes contraband, fruits, evidence, and instrumentalities of the crime of possession with intent to distribute controlled substances, in violation of 21 U.S.C § 841(a)(1) found in:

1.    Lists, records, notes, or similar files documenting drug transactions and/or identifying individuals involved in those transactions;

2.    Contact lists;

3.    Toll records documenting incoming and outgoing phone calls, text messages, and electronic mail;

4.    Electronic communications including electronic mail, multimedia messages and SMS text messages, communications through social media networks such as Facebook, Instagram, Twitter, or their equivalent, relating to drug trafficking;

5.    Digital photographs or video files depicting drugs, or currency that relate to drug trafficking;

6.    Audio files including voicemail messages or "chats" relating to drug trafficking;

7.    Bank records including checks, deposit slips, account statements, wire transfer documentation, documentation of electronic money transmissions through money transfer businesses to include Venmo, CashApp, Western Union, and MoneyGram;

8.    Global Positioning System ("GPS") data indicating the location of the respective **Subject Devices** at given points in time as it relates to drug trafficking;

9.    Evidence of user attribution showing who used or owned the respective **Subject Devices** at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history; and

10.    Records and/or other evidence showing the use of the Internet, including:

    a.    records of Internet Protocol addresses used; and

    b.    records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "documents," and "communications," refers to all content regardless of whether it is in the form of pictures, videos, audio records, text communications, or other medium, and whether in draft or completed form and whether sent or received.

This warrant authorizes a review of electronically stored information, communications, other records, and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the ATF may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.